**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: ESTATE OF JOHN F. PANCARI, SR., DECEASED KATHLEEN D. GAZDA, | : | No. 6 WAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| | : | |
| SCOTT TOWNSHIP POLICE PENSION FUND | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: KATHLEEN D. GAZDA | | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.